IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONNECIA B. WEBB, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:12-cv-5138-M (BF) |
| | § | |
| MIDLAND MORTGAGE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, and BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, | § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 9, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.  Barrett Daffin Frappier Turner & Engel, LLP is DISMISSED from this lawsuit as an improperly joined defendant, and Defendants' Rule 12(b)(6) Motion to Dismiss (Doc. 5) is DENIED as moot with respect to Plaintiff's claims against the law firm.  Defendants' Motion is GRANTED in all other respects, and Plaintiff's claims are DISMISSED with prejudice.

**SO ORDERED** this 3rd day of September, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS